ACCEPTED
04-14-00751-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/4/2015 9:14:25 AM
KEITH HOTTLE
CLERK

## No. 04-14-00751-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/4/2015 9:14:25 AM
KEITH E. HOTTLE
Clerk

JOSEFINA ALEXANDER GONZALEZ, ET AL,
Appellants

v.

RAYMOND S. DE LEON II, ET AL,
Appellees

_____

### APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

_____

Barry Snell
State Bar No. 18789000
David C. "Clay" Snell
State Bar No. 24011309
BAYNE, SNELL & KRAUSE
1250 NE Loop 410, Suite 725
San Antonio, Texas 78209
Tel:    (210) 824-3278
Fax:    (210) 824-3937
Email: bsnell@bsklaw.com
Email: csnell@bsklaw.com

Eduardo Romero
Texas State Bar No. 24056227
Victor Villarreal
Texas State Bar No. 24058160
VILLARREAL & ROMERO, PLLC
201 W. Del Mar Blvd., Suite 15
Laredo, Texas 78041
Tel.: (956) 727-2402
Fax: (956) 727-2404
Email: romero@vrlawfirm.com
Email: villarreal@vrlawfirm.com

Jesus M. Dominguez
Texas Bar No. 00798151
ATTORNEY & COUNSELOR AT LAW
201 W. Hillside Road, Ste. 17
Laredo, Texas 78041
Tel:    (956) 728-1477
Fax:    (956) 728-1491
Email: lawjmd@swbell.net

ATTORNEYS FOR APPELLANTS

## No. 04-14-00751-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

---

JOSEFINA ALEXANDER GONZALEZ, ET AL,

Appellants

v.

RAYMOND S. DE LEON II, ET AL,

Appellees

---

## APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

---

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:**

COME NOW, Appellants, Josefina Alexander Gonzalez, by and through her Co-Attorneys-in-Fact, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa; Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, as Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust; Alexander Residential Development, LP; Alexander Commercial Development, LP; Alexander Retail Development, LP; D&J Alexander Construction, LP; D&J Alexander Management, LP; Delfina E. and Josefina Alexander LLC-1; and Delfina and Josefina Alexander Family Limited Partnership, and file this Unopposed Motion to Extend Time to File Motion for Rehearing and in support show the Court as follows:

## I.    INTRODUCTION

1.    Appellants are Josefina Alexander Gonzalez, by and through her Co-Attorneys-in-Fact, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa; Judith

Zaffirini, David H. Arredondo, and Clarissa N. Chapa, as Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and as Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust; Alexander Residential Development, LP; Alexander Commercial Development, LP; Alexander Retail Development, LP; D&J Alexander Construction, LP; D&J Alexander Management, LP; Delfina E. and Josefina Alexander LLC-1; and Delfina and Josefina Alexander Family Limited Partnership. Appellees are Raymond S. De Leon II, Successor Trustee of the Delfina and Josefina Alexander Family Trust, and Rocio Guerra, Individually and as Next Friend of V.G.G. III and M.A.G.

## II.    ARGUMENTS & AUTHORITIES

2.      This Honorable Appellate Court may extend the time for filing a Motion to Rehearing pursuant to Rule 10.5(b) and 49.8 of the TEXAS RULES OF APPELLATE PROCEDURE.

3.      The deadline to file the Motion for Rehearing is September 10, 2015.

4.      Appellants request an additional 30 days to file their Motion for Rehearing, extending the time until October 10, 2015.

5.      This is Appellants first request for an extension of time to file their Motion for Rehearing. This Court has not previously extended the time to file a Motion for Rehearing.

6.      Appellants requests this extension as a result of Mr. Robinson C. Ramsey, Ms. Joyce W. Moore, and Ms. Paula C. Boston's withdrawal as counsel of record and substitution of Mr. Barry Snell as lead attorney for Appellants.

7.    Certificate of Conference. The undersigned has conferred via email with Ms. Judith Blakeway and Mr. Jeffrey T. Knebel, counsel for Appellee's, and this motion is unopposed.

### III.    PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants pray that this Honorable Appellate Court grant the Motion to Extend Time to the Motion for Rehearing as requested herein.   Appellants further request for any and all further relief to which they may be entitled.

Respectfully submitted,

*/s/ Barry Snell*
Barry Snell
State Bar No. 18789000
David C. "Clay" Snell
State Bar No. 24011309
Bayne, Snell & Krause
1250 NE Loop 410, Suite 725
San Antonio, Texas   78209
Tel:    (210) 824-3278
Fax:    (210) 824-3937
Email: bsnell@bsklaw.com
Email: csnell@bsklaw.com

Eduardo Romero
Texas State Bar No. 24056227
Victor Villarreal
Texas State Bar No. 24058160
VILLARREAL & ROMERO, PLLC
201 W. Del Mar Blvd., Suite 15
Laredo, Texas 78041
Tel.: (956) 727-2402
Fax: (956) 727-2404
Email: romero@vrlawfirm.com
Email: villarreal@vrlawfirm.com

Jesus M. Dominguez
Texas State Bar No. 00798151
Attorney at Law
201 W. Hillside Rd., Suite # 17
Laredo, Texas **7**8041
Tel:    (956)728-1477
Fax:    (956)728-1491
Email: lawjmd@swbell.net

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the above and foregoing document has been served on September 5, 2015, to the following counsel of record:

Judith R. Blakeway
Email: Judith.blakeway@strasburger.com
James Maverick McNeel
Email: james.mcneel@strasburger.com
Laura C. Mason
Email: laura.mason@strasburger.com
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas 78215
*Attorneys for Raymond S. De Leon II, Trustee of the Family Trust*

Jeffrey T. Knebel
Email: jtknebel@ohkdlaw.com
Michael B. Knisely
Email: mbknisely@ohkslaw.com
OSBORNE, HELMAN, KNEBEL & DELEERY, LLP
301 Congress Avenue, Suite 1910
Austin, Texas  78701
*Attorneys for Rocio G. Guerra*

*/s/ Barry Snell*
BARRY SNELL